## Leonhard Estate.

Argued October 3, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Thomas A. Ehrgood,* for appellants.

*William F. Hickey* and *James R. Whitman,* with them *Lewis, Brubaker, Whitman & Christianson,* for appellee.

OPINION PER CURIAM, November 11, 1969:
Decree affirmed. Estate to pay costs.